

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00759-CV

Carolyn Jane **BABBITT**,
Appellant

v.

Ronald Hugh **BELOW**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 64
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the part of the trial court's judgment awarding interest and attorney's fees. We AFFIRM the remainder of the trial court's judgment. We REMAND the case to the trial court for a recalculation of interest consistent with this opinion and for a new hearing on attorney's fees. The parties shall be responsible for their own costs of this appeal.

SIGNED February 4, 2015.

Luz Elena D. Chapa, Justice